IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BILLY DONNELL HEATH          §
                             §
            Plaintiff,       §
                             §
VS.                          §          NO. 3-99-CV-2277-D
                             §
DUNCAN THOMAS, ET AL.        §
                             §
            Defendants.      §

## ORDER

After conducting a review of the pleadings, files, and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby adopted as the findings of the court.

Accordingly, treating plaintiff's July 12, 2007 motion to reinstate and reopen this case against all defendants as a Fed. R. Civ. P. 60(b) motion, the motion is denied.

**SO ORDERED**.

July 31, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE